IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAIM SARWAR,

Plaintiff,

v.

AMANDA KAY WILKINSON,
d/b/a Lincoln Suites,

Defendant.

Case No. 20-cv-1045 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 5, 2021**          **MARGARET M. ROBERTIE, Clerk of Court**

                                    **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**